**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OSHEÉ BAUGUS, individually and on
behalf of all other persons similarly situated,

*Plaintiff,*

v.

EVENT TICKETS CENTER, INC.,

*Defendant.*

No. 24 Civ. 09552 (GHW) (GS)

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

Event Tickets Center, Inc. ("Event Tickets") certifies that Event Tickets does not have a parent

corporation, nor is there any publicly held corporation that owns 10% or more of Event Tickets's

stock.

Dated: New York, New York
    January 22, 2025

PATTERSON BELKNAP WEBB & TYLER LLP

Howard G. Baker
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2871
Email: hbaker@pbwt.com

*Counsel for Defendant*