# BURSOR & FISHER
P.A.

50 Main Street
Suite 475
WHITE PLAINS, NY 10606
www.bursor.com

PHILIP L. FRAIETTA
Tel: 914.498.0285
Fax: 914.206.3656
pfraietta@bursor.com

April 13, 2026

*Via ECF*

The Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2026

**MEMORANDUM ENDORSED**

Re: *Baugus v. Event Tickets Center, Inc.*, No. 1:24-cv-09552-GHW-GS (S.D.N.Y.)

Judge Woods,

I write to request reciprocal two-week extensions for Plaintiff to file his Federal Rule of Civil Procedure 72(a) objections to Magistrate Judge Stein's Opinion and Order staying the case (ECF No. 35) and Defendant to file its response. Defendant consents to this request. Under the parties' proposed schedule, Plaintiff would file his Rule 72 objections by April 27, 2026 and Defendant would file its response by May 25, 2026.

Very truly yours,

Philip L. Fraietta

CC:    All counsel of record (via ECF)

Application denied.  Plaintiff's request for an extension of time to file objections is denied.  Under Rule 72(a), Plaintiff had 14 days after being served with Judge Stein's March 30, 2026 order to serve and file objections.  That 14-day period expired on April 13, 2026, the date on which Plaintiff made this extension request.  The Court's Individual Rule 1(E) requires that requests for extensions of time to be made at least two business days prior to the original due date, meaning by April 10, 2026.  The request is therefore denied.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

SO ORDERED.

Dated:  April 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge