USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

OSHEÉ BAUGUS individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

EVENT TICKETS CENTER, INC.,

Defendant.

Civil Action No.: 1:24-cv-09552-GHW-GS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Osheé Baugus hereby dismisses without prejudice all claims against Defendant Event Tickets Center, Inc. Each party shall bear its own attorneys' fees and costs.

Dated: White Plains, New York
April 30, 2026

*/s/ Philip L. Fraietta*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 5, 2026
New York, New York

GREGORY H. WOODS
United States District Judge